In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00412-CV
_____

THE CITY OF BEAUMONT, Appellant

V.

JUSTIN JACKSON, Appellee

On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-192,252

MEMORANDUM OPINION

The City of Beaumont filed a notice of accelerated appeal. The appellee, Justin Jackson, filed a motion to dismiss the appeal because the trial court has not signed a written order denying the City's plea to the jurisdiction. In its response, the City argues that the trial court implicitly denied the City's plea by not dismissing the case and that the City is entitled to appeal the trial court's refusal to rule on the plea.

The time for filing an accelerated appeal runs from the date on which the appealable order is signed. *See* Tex. R. App. P. 26.1(b). An appellate court lacks jurisdiction over an appeal authorized by section 51.014(a) of the Texas Civil Practice and Remedies Code unless the trial court signed a written order. *See Reyes v. Burrus*, No. 08-14-00080-CV, 2014 WL 2013404, at *1 (Tex. App.—El Paso May 14, 2014, no pet.) (mem. op.); *State v. Nine Hundred Eighty-Two Thousand One Hundred Ten Dollars*, No. 08-11-00253-CV, 2011 WL 4068011, at *1 (Tex. App.—El Paso Sept. 14, 2011, no pet.) (mem. op.); *In re Nationwide Credit, Inc.*, No. 13-10-00007-CV, 2010 WL 596809, at *4 (Tex. App.—Corpus Christi Feb. 18, 2010, orig. proceeding) (mem. op.); *Hubbard-Jowers v. Starfire Enters., Ltd.*, No. 02-06-462-CV, 2007 WL 439052, at *1 (Tex. App.—Fort Worth Feb. 8, 2007, no pet.) (mem. op.); *see also* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(8) (West Supp. 2014). "The appellate timetable *does not* commence to run other than by signed, written order, even when the signing of such order is purely ministerial." *Farmer v. Ben E. Keith Co.*, 907 S.W.2d 495, 496 (Tex. 1995).

We lack jurisdiction because the trial court has not signed an appealable order. Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on November 5, 2014
Opinion Delivered November 6, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.